George L. Eldridge, plaintiff in error, v. Philip H. Kreuscher, defendant in error. Gen. No. 34,313.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed December 1, 1930. Rehearing denied December 15, 1930.

Marshall Solberg and Fisher, Boyden, Bell, Boyd & Marshall, for plaintiff in error; Earl K. Schiek and Kellam Foster, of counsel. Edward W. Rawlins and Taylor, Miller, Busch & Boyden, for defendant in error; Francis X. Busch and Eugene P. Kealy, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Maurice A. Barnett and Max Krakow, plaintiffs in error. Gen. No. 34,359.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed December 1, 1930. Rehearing denied December 15, 1930.

Rothbart & Lewis, Dwight McKay and Harold L. Levy, for plaintiffs in error; Frank Johnston, Jr., of counsel. John A. Swanson, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Otho S. Fasig, Assistant State's Attorneys, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Louis J. Scherb, appellee, v. Edward J. Pauler et al., appellants. Gen. No. 34,804.

Heard in the first division of this court for the first district at the December term, 1930. Opinion filed December 2, 1930.

Shulman, Shulman & Abrams, for appellants. Samuel H. Fleischer, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.